IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BRENDA PHILLIPS                                                                                    PLAINTIFF

VS.                                        CASE NO. 06-1077

JO ANNE B. BARNHART,
Commissioner, Social Security
Administration                                                                                     DEFENDANT

## ORDER

Comes now the Court on this 27th day of November, 2006, upon being well and duly advised, the undersigned finds as follows:

Plaintiff filed her complaint on July 26, 2006. (Doc. No. 1). On September 28, 2006, the Commissioner filed her answer to the complaint. (Doc. No. 6). Plaintiff filed a Motion to Dismiss her appeal on October 30, 2006. (Doc. No. 9).

Therefore, upon the request of the Plaintiff, Plaintiff's Motion to Dismiss is hereby granted, and her Complaint is hereby dismissed.

IT IS SO ORDERED.

    /s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge